# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**MICHAEL ADAIR** (SWAT), **MARK BONZA** (SWAT), **WILLIAM CHILDRESS** (K-9), **CHARLES ELSTONE** (K-9), **RICHARD FREDERICK** (K-9), **RICHARD HITCH** (AI), **ERNEST HUNTER** (SWAT), **CHARLES JOHNSON** (K-9), **THOMAS KENDALL** (SWAT), **BRETT MICHALSKI** (SWAT), **MICHAEL MOLITOR** (SWAT, K-9), **PAUL MOLITOR** (SWAT, EOD), **PETER MOLITOR** (SWAT, EOD), **DAVID OKONEY** (SWAT), **DAVID OLSZEWSKI** (SWAT), **DEAN PIGOTT** (K-9), **BRUCE PRESTON** (K-9), **CARL RUBIN** (SWAT), **MICHAEL SCARBROUGH** (SWAT), **MICHAEL TAVTIGIAN** (K-9), **JOHN TESCHKE** (AI), **ROBERT TIPTON** (AI),  **BRADFORD VINCENT** (AI), **MICHAEL WASIUKANIS** (SWAT), **JOSEPH WEBER** (SWAT)

**02 - 71129**

Case Number:

**DENISE PAGE HOOD**

Hon:

MAGISTRATE JUDGE CARLSON

Plaintiffs,

v

**CHARTER COUNTY OF WAYNE**, a municipal corporation.

Defendant.

_____

AKHTAR, SUCHER & EBEL
BY: **JAMIL AKHTAR (P38597)**
Attorney for Plaintiffs
91 E. Maple Road
Troy, Michigan 48083
(248) 528-0863

_____

**AKHTAR, SUCHER & EBEL**
ATTORNEYS AND COUNSELORS AT LAW
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
91 EAST MAPLE • TROY, MICHIGAN 48083
(248) 528-0863 • FAX (248) 528-0865

## COMPLAINT & JURY DEMAND

NOW COME Plaintiffs, **MICHAEL ADAIR, MARK BONZA, WILLIAM CHILDRESS, CHARLES ELSTONE, RICHARD FREDERICK, RICHARD HITCH, ERNEST HUNTER, CHARLES JOHNSON, THOMAS KENDALL, BRETT MICHALSKI, MICHAEL MOLITOR, PAUL MOLITOR, PETER MOLITOR, DAVID OKONEY, DAVID OLSZEWSKI, DEAN PIGOTT, BRUCE PRESTON, CARL RUBIN, MARK SCARBROUGH, MICHAEL TAVTIGIAN, JOHN TESCHKE, ROBERT TIPTON, BRADFORD VINCENT, MICHAEL WASIUKANIS** and **JOSEPH WEBER** (collectively referred to as "Plaintiffs") by and through their attorneys, AKHTAR, SUCHER & EBEL, and for their Complaint against Defendant, **CHARTER COUNTY OF WAYNE**, state as follows:

**AKHTAR, SUCHER & EBEL**
ATTORNEYS AND COUNSELORS AT LAW
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
91 EAST MAPLE • TROY, MICHIGAN 48083
(248) 528-0863 • FAX (248) 528-0865

### JURISDICTION, VENUE & PARTIES

1.      Plaintiffs herein are employed by Defendant, Wayne County, as police officers assigned to work at the Detroit Metropolitan Wayne County Airport and, because of their special training, are assigned to work in the following units:

    a.      SWAT;

    b.      K-9;

    c.      Accident Investigation (AI); and

    d.      Explosives, Ordinance and Demolitions (EOD).

2.      All Plaintiffs are citizens of the State of Michigan and are residents of the Eastern District of Michigan and are otherwise included in the definition of "employee" as set forth in 29 U.S.C. §203(C).

2

3. Defendant, Wayne County, is a municipal corporation operating pursuant to the Constitution and statues of the State of Michigan and is an employer as otherwise designated by 29 U.S.C. §203(d).

4. This Court has jurisdiction in this matter, pursuant to 29 U.S.C. §201, et seq. The Court has jurisdiction over the state law claims, pursuant to 28 U.S.C. §1367.

### GENERAL ALLEGATIONS & COUNT I – VIOLATION OF FAIR LABOR STANDARDS ACT [29 U.S.C. §201, et seq]

5. Plaintiffs hereby incorporate the above-enumerated paragraphs to avoid repetition.

6. Each of the Plaintiffs herein was employed by Defendant, Wayne County and worked at the Detroit Metropolitan Wayne County Airport for the three years immediately preceding the filing of this Complaint.

7. The Plaintiffs herein have been required to work for the Defendant in excess of forty hours per week for a period of three years, commencing March of 1999.

8. Plaintiffs herein, while assigned to the various specialty units at the Detroit Metropolitan Wayne County Airport, were required to be on-call during their non-duty hours, were required to carry their emergency equipment with them at all times, and Defendant's requirements on the employees' activities are so restrictive that the Plaintiffs cannot use the time effectively for personal pursuits. Further, the Plaintiffs herein are subject to disciplinary proceedings if they do not respond to their work location when called to, and otherwise required to respond by the Defendant.

3

9.    It would have been futile for the Plaintiffs herein to protest the non-payment of overtime to the Defendant.

10.   Plaintiffs have not been properly compensated for the hours they have worked in excess of forty hours per week for any work week during the three year period.

11.   Defendant, Wayne County, has violated the Fair Labor Standards Act by failing to pay overtime to the Plaintiffs.

12.   The Defendant knew, or should have known, that it was required to pay overtime to Plaintiffs.

13.   The Defendant has failed to keep proper time records, as otherwise provided for and required under the applicable provisions of the Fair Labor Standards Act, 29 U.S.C. §211(c).

14.   Defendant's failure to pay overtime wages when due was willful and in further violation of 29 U.S.C. §216(b).

15.   Defendant's failure to keep adequate overtime records when required to do so was willful.

16.   Plaintiffs are entitled to damages equal to the amount of overtime incurred and an equal amount in liquidated damages, as otherwise provided for under 29 U.S.C. §216(b).

17.   Plaintiffs are entitled to reimbursement of costs and attorney fees, as otherwise provided for under the applicable provisions of the Fair Labor Standards Act, as otherwise provided by 29 U.S.C. §216(b).

4

WHEREFORE, Plaintiffs herein demand judgment against Defendant as above set forth for Defendant's willful violation of the Fair Labor Standards Act.

Respectfully submitted,

AKHTAR, SUCHER & EBEL
**JAMIL AKHTAR (P38597)**
91 East Maple
Troy, MI 48083
(248) 528-0863

Dated: March 25, 2002

AKHTAR, SUCHER & EBEL
ATTORNEYS AND COUNSELORS AT LAW
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
91 EAST MAPLE • TROY, MICHIGAN 48083
(248) 528-0863 • FAX (248) 528-0865

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MICHAEL ADAIR** (SWAT), **MARK**
**BONZA** (SWAT), **WILLIAM CHILDRESS** (K-9),
**CHARLES ELSTONE** (K-9), **RICHARD FREDERICK**
(K-9), **RICHARD HITCH** (AI), **ERNEST HUNTER**
(SWAT), **CHARLES JOHNSON** (K-9), **THOMAS**
**KENDALL** (SWAT), **BRETT MICHALSKI** (SWAT),
**MICHAEL MOLITOR** (SWAT, K-9), **PAUL MOLITOR**
(SWAT, EOD), **PETER MOLITOR** (SWAT, EOD),
**DAVID OKONEY** (SWAT), **DAVID OLSZEWSKI** (SWAT),
**DEAN PIGOTT** (K-9), **BRUCE PRESTON** (K-9),
**CARL RUBIN** (SWAT), **MICHAEL SCARBROUGH** (SWAT),
**MICHAEL TAVTIGIAN** (K-9), **JOHN TESCHKE** (AI),
**ROBERT TIPTON** (AI), **BRADFORD VINCENT** (AI),
**MICHAEL WASIUKANIS** (SWAT), **JOSEPH WEBER** (SWAT)

Case Number:

Hon:

Plaintiffs,

v

**CHARTER COUNTY OF WAYNE**, a municipal corporation.

Defendant.

_____/

AKHTAR, SUCHER & EBEL
BY: **JAMIL AKHTAR (P38597)**
Attorney for Plaintiffs
91 E. Maple Road
Troy, Michigan 48083
(248) 528-0863

_____/

AKHTAR, SUCHER & EBEL
ATTORNEYS AND COUNSELORS AT LAW
A Partnership of Professional Corporations
91 East Maple • Troy, Michigan 48083
(248) 528-0863 • Fax (248) 528-0865

## JURY DEMAND

Plaintiffs hereby demand a trial by jury.

Respectfully submitted,

AKHTAR, SUCHER & EBEL
JAMIL AKHTAR (P38597)
91 East Maple
Troy, MI 48083
(248) 528-0863

Dated: March 25, 2002